FILED by **MM** D.C.

Aug 4, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20349-CR-SCOLA/GOODMAN**
CASE NO. _____

18 U.S.C. § 922(g)(5)(B)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

YVES RICHARD LARRIEUX,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
Possession of Ammunition by an Alien
(18 U.S.C. § 922(g)(5)(B))

On or about July 31, 2022, in Miami-Dade County, in the Southern District of Florida and elsewhere, the Defendant,

**YVES RICHARD LARRIEUX,**

did knowingly possess ammunition in and affecting interstate and foreign commerce, knowing that he was an alien admitted to the United States under a nonimmigrant visa, in violation of Title 18, United States Code, Section 922(g)(5)(B).

### FORFEITURE ALLEGATIONS

1.    The allegations in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the Untied States of America of certain property in which the defendant, **YVES RICHARD LARRIEUX,** has an interest.

2.    Upon conviction of a violation, of Title 18, United States Code, Section 922, or any

other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the Untied States any ammunition involved in or used in the commission of such offense, pursuant to Title 18, Untied States Code Section 924(d)(1).

All pursuant to Title 18, Untied States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, Untied States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
HAYDEN P. O'BYRNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:

v.

YVES RICHARD LARRIEUX,

_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami   ☐ Key West   ☐ FTP
- ☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Creole

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V  ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-mj-03298-Louis
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of July 31, 2022
10. Defendant(s) in state custody as of
11. Rule 20 from the _____ District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Hayden P. O'Byrne
Assistant United States Attorney
FLA Bar No. 60024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __YVES RICHARD LARRIEUX,_____

Case No: _____

Count #: 1

**Possession of Ammunition by an Alien**, (18 U.S.C. § 922(g)(5)(B))

* Max. Term of Imprisonment: 15 years
* Mandatory Min. Term of Imprisonment (if applicable): n/a
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.